# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 19 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>CLAUDIA ORTIZ-MARTINEZ,<br><br>       Defendant. | CASE NO. 13C4357-GPC<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

  21 USC 952,960 Importation of Cocaine.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 16, 2014

                _____
                Gonzalo P. Curiel
                U.S. District Judge